## No. 15,802.

### COCHRAN *v.* COCHRAN ET AL.
(176 P. [2d] 686)

Decided December 30, 1946.   Rehearing denied January 14, 1947.

Judgment affirmed en banc on application for supersedeas without written opinion. Mr. Justice Hilliard and Mr. Justice Stone did not participate.

Mr. LEWIS D. MOWRY, Mr. ALBERT T. FRANTZ, for plaintiff in error.

MARY F. LATHROP, Mr. BENJAMIN C. HILLIARD, JR., Mr. BERNARD E. ENGLER, Mr. BARKLEY L. CLANAHAN, for defendants in error.